# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM CAMACHO,<br><br>    Plaintiff,<br><br>    v.<br><br>PENINSULA AUTO MACHINISTS LOCAL LODGE 1414 AND MACHINISTS AUTOMOTIVE TRADES DISTRICT LODGE NO. 190 OF THE INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, FIRST STUDENT, INC., DAVID TAYLOR, TOM BRANDON,<br><br>    Defendants. | Case No. 14-cv-03117 NC<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Re: Dkt. No. 36 |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 60 days of this order.

Case No. 14-cv-03117 NC
ORDER OF CONDITIONAL
DISMISSAL

1  All scheduled dates, including the trial and pretrial dates, are VACATED.

2  IT IS SO ORDERED.

3  Date: January 15, 2015

                                  Nathanael M. Cousins
                                  United States Magistrate Judge

Case No. 14-cv-03117 NC
ORDER OF CONDITIONAL
DISMISSAL         2